UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

APRIL ADKINS, *et al.*,

    Plaintiffs,

v.                              CASE NO. 5:18cv271-MCR-MJF

LOUIS S. ROBERTS, III, *et al.*,

    Defendants.
_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 23, 2021. ECF No. 158. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Defendant's "Motion for Sanctions Pursuant to Rule 11, Federal Rules of Civil Procedure," ECF No. 153, is **DENIED** without prejudice.

**DONE AND ORDERED** this 27th day of May 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**